ACCEPTED
03-15-00349-CV
7871147
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 3:58:09 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00349-CV

**In the**
**Third Court of Appeals**
**Of Texas**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/17/2015 3:58:09 PM
JEFFREY D. KYLE
Clerk

SHAMROCK PSYCHIATRIC, P.A.

*Appellants*,

V.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
KYLE JANEK, MD, Executive Comm'r
and DOUGLAS WILSON, Inspector General

*Appellees,*

On appeal from the 126th District Court, Travis County, Texas
Cause NO. D-1-GV-14-001833

## FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Appellant asks the Court to extend the time to file Appellant's Reply Brief for an extension of 20 days.

## A. Introduction

1. Appellant is Shamrock Psychiatric, P.A.

2. This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3. The Appellees are not opposed to this motion.

## B. Argument & Authorities

4.   The Court may grant an extension of time to file briefs under Texas Rule of Appellate Procedure 38.6.

5.   The deadline to file the Reply Brief is November 19, 2015.

6.   Appellant requests this extension due to counsel having:

- Intervening cases that had immediate impending deadlines preventing a timely reply brief to be completed;

- A week-long out-of-state administrative law conference that occurred in the past month;

- Unexpected contract negotiations required in a separate matter that distracted the undersigned counsel from reviewing and addressing Appellee's brief for over a week.

7.   No previous extension has been requested or granted to extend the time to file Appellant's Brief.

## C. Prayer

8.   For these reasons, Appellant asks the Court to grant an extension of time to file Brief until December 9, 2015.

Respectfully Submitted,

_____
Jason Ray
State Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
jray@r-alaw.com
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I communicated by email on November 17, 2015 with opposing counsel,

Eugene A. Clayborn and he advised that he does not oppose this motion.

_____
Jason Ray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was

served by eservice on November 17, 2015 to the following:

Eugene A. Clayborn
Assistant Attorney General
Deputy Chief, Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 125548, Capitol Station
Austin, Texas  78711-2548
Eugene.clayborn@texasattorneygeneral.gov

_____
Jason Ray